```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01829
   RICKY E CORK
   STACY L CORK                              CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4399    SSN XXX-XX-8433

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/03/07 and confirmed on 04/16/07.

     2.  The case was converted to Chapter 7 after confirmation, 02/11/2009.

     3.  The Debtor paid a total of $ 18308.75 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| EQUIANT FINANCIAL SVCS | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 22559.57 | 4252.76 | 6958.76 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 7262.28 | 826.60 | 3741.52 |
| KANE COUNTY CLERK | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2419.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7451.57 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 818.95 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 285.00 | .00 | .00 |
| COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 445.45 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 508.64 | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1017.26 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1326.25 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 519.89 | .00 | .00 |
| PROFESSIONAL COLLECTION | UNSECURED | 2741.80 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 311.45 | .00 | .00 |
| LIZ CLAIBORNE | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS INC | UNSECURED | NOT FILED | .00 | .00 |
| TRG ACCOUNT SERVICES | UNSECURED | 294.98 | .00 | .00 |

```
RUSH COPLEY MEDICAL CENT SECURED         5605.08            .00        1381.74
INTERNAL REVENUE SERVICE UNSECURED        234.19            .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED        986.60            .00             .00
      Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  35426.93    2419.10    16942.03         .00       54788.06
PRINCIPAL PAID      12082.02        .00         .00         .00       12082.02
INTEREST PAID        5079.36        .00         .00         .00        5079.36
TOTAL PAID          17161.38        .00         .00         .00       17161.38
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $    500.00  direct and $    273.94  through the plan.

The Trustee received $    873.43 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/27/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                              PAGE   2
     CASE NO. 07 B 01829 RICKY E CORK & STACY L CORK